BRUCE NYE, SBN 77608
GEORGES A. HADDAD, SBN 241785
ADAMS | NYE | BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile:  (415) 982-2042

Attorneys for Defendant
WHIRLPOOL CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>WHIRLPOOL CORPORATION and DOES 1 through 30,<br><br>            Defendants. | No. CV 12 1582 PJH<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>(Contra Costa County Superior Court No. C11-02740) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their attorneys, that this matter may be dismissed without prejudice, each party to bear its own costs.

DATED: October 1, 2012           ADAMS | NYE | BECHT LLP

                                 By: _____
                                     BRUCE NYE
                                     GEORGES A. HADDAD
                                     Attorneys for Defendant
                                     WHIRLPOOL CORPORATION

DATED: October 1, 2012           LAW OFFICES OF MORSE & ASSOCIATES

                                 By: _____
                                     Glenn Gutsche
                                     Attorneys for Plaintiff
                                     ALLSTATE INSURANCE COMPANY

## ORDER

Pursuant to stipulation of the parties, IT IS SO ORDERED.

DATED: October 2 , 2012

_____
United States District Judge

