```
 1  BRUCE NYE, SBN 77608
    GEORGES A. HADDAD, SBN 241785
 2  ADAMS | NYE | BECHT LLP
    222 Kearny Street, Seventh Floor
 3  San Francisco, California 94108-4521
    Telephone: (415) 982-8955
 4  Facsimile:  (415) 982-2042

 5  Attorneys for Defendant
    WHIRLPOOL CORPORATION
 6

 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

| ALLSTATE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>WHIRLPOOL CORPORATION and DOES 1 through 30,<br><br>            Defendants. | No. CV 12 1582 PJH<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>(Contra Costa County Superior Court No. C11-02740) |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto, through their attorneys, that this matter may be dismissed without prejudice, each party to bear its own costs.

DATED: October 1, 2012          ADAMS | NYE | BECHT LLP

                                By: _____
                                    BRUCE NYE
                                    GEORGES A. HADDAD
                                    Attorneys for Defendant
                                    WHIRLPOOL CORPORATION

DATED: October 1, 2012          LAW OFFICES OF MORSE & ASSOCIATES

                                By: _____
                                    Glenn Gutsche
                                    Attorneys for Plaintiff
                                    ALLSTATE INSURANCE COMPANY

---

1

STIPULATION AND ORDER
FOR DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to stipulation of the parties, IT IS SO ORDERED.

DATED: October 2 , 2012

_____
United States District Judge

